**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**MDL No. 2841**
**Master File No. 18-md-02841-GAYLES**
**S.D. Fla. Case No. _____**

IN RE:

**MONAT HAIR CARE PRODUCTS MARKETING,**
**SALES PRACTICES, AND PRODUCTS LIABILITY**
**LITIGATION**,
_____

THIS DOCUMENT RELATES TO ALL CASES
_____/

## AMENDED ORDER SETTING STATUS HEARING

**THIS CAUSE** comes before the Court upon a sua sponte review of the record. It is

**ADJUDGED** that:

1. **STATUS CONFERENCE**—A status conference shall take place before the

   undersigned, United States District Judge Darrin P. Gayles, at the United States

   Courthouse, Wilkie D. Ferguson Jr. Building, Courtroom 11-1, 400 N. Miami Ave.,

   Miami, FL 33128 on **Tuesday, June 26, 2018, at 10:30 AM**.

   a. **Attendance**—To minimize costs and facilitate a manageable conference,

      parties are not required to attend the conference, and parties with similar

      interests are expected to agree to the extent practicable on a single attorney to

      act on their joint behalf at the conference. A party will not, by designating an

      attorney to represent its interests at the conference, be precluded from other

      representation during the litigation, and attendance at the conference will not

      waive objections to jurisdiction, venue, or service.

   b. **Other Participants**—Persons who are not named in this litigation but may

later be joined as parties or are parties in related litigation pending in other federal and state courts are invited to attend in person or by counsel.

2. **PRELIMINARY REPORT**—Counsel shall submit to the Court by **Friday, June 22, 2018**, a brief written statement, not to exceed two pages, indicating their preliminary understanding of the facts involved in the litigation and the critical factual and legal issues. These statements will not be binding, will not waive claims or defenses, and may not be offered in evidence against a party in later proceedings. Counsel shall append to the Preliminary Report the following items:

   a. **List of Affiliated Companies and Counsel**—To assist the Court in identifying any problems of recusal or disqualification, counsel shall submit to the Court a list of all companies affiliated with the parties and all counsel associated with the litigation.

   b. **List of Pending Motions**—Counsel shall submit a list of all motions pending before the original court or this Court.

   c. **List of Related Cases**—Counsel shall submit a list of all related cases pending in state or federal court and their current status, to the extent known. In addition, Counsel shall state whether there is an expectation of these cases becoming "tag along" cases.

3. **SERVICE LIST**—This Order is electronically mailed to counsel of record. Counsel are requested to forward a copy of the Order to any attorneys who should be notified of the conference.

4. **ADMISSION OF COUNSEL**— Attorneys admitted to practice and in good standing of the bar of any United States District Court will be admitted to practice in this

2

litigation upon the filing of a Notice of Appearance in (1) the Master File and (2) the particular action(s) in which they seek to appear. The requirements of Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys (contained in the Local Rules of the United States District Court for the Southern District of Florida) are waived. Attorneys, upon filing of a Notice of Appearance, will be permitted to electronically receive Notices of Electronic Filing provided the Notice of Appearance includes a request to receive such Notices and provides an e-mail address for the Attorney. In order to file electronically, attorneys located outside of the Southern District of Florida must file a Motion Requesting Permission to File Electronically. The Court waives any *pro hac vice* admission fees associated with this action.

5. **FILING REQUIREMENTS**—Counsel is directed to comply with the following filing requirements and procedures:

   a. **Case Style**—All documents filed in this case shall include the Multidistrict Litigation Number 2841 and the Master File Number 18-md-02841-GAYLES, as well as the new case number for each individually transferred case in the Southern District of Florida.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 13th day of June, 2018.


DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE