## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### MDL No. 2841
### MASTER FILE CASE NO.  18-MD-02841-DPG

IN RE:

**MONAT HAIR CARE PRODUCTS
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION**

_____

### PLAINTIFFS' PRELIMINARY REPORT[1]

Pursuant to the  Court's Order  Setting Status Hearing  (ECF No.  10), Plaintiffs Dana

Sohovich, Trisha Whitmire, Emily Yanes de Flores, Deborah  and  Andrew  McWhorter, Sue

Hoffpauir, Jessica  Row, Heather  Maur, Amber  Alabaster, Crystal  Merrit, and Kelley  Botallico,

(collectively, "Plaintiffs"), file this Preliminary Report.[2]

### A.  Background

On June 6, 2018 the Judicial Panel on Multidistrict Litigation issued a transfer order (ECF  No.

34, MDL No. 2841)  transferring  a number of related actions brought by customers of Defendant

Monat  Global  Corporation  ("Monat")  for  misrepresentations and omissions related to its hair care

products (the "Monat Hair Care Products") to  the  Southern  District  of  Florida  pursuant  to  28

U.S.C.  Section 1407. These omissions and misrepresentations include: (1) that Monat Hair Care

Products would stimulate hair growth; (2) that Monat Hair Care Products are safe for all hair and skin

types;  and  (3) that Monat Hair Care Products are  naturally based.  In addition  to  claims  against

_____

[1]  Plaintiffs' counsel Julie Braman Kane conferred with Defendants' counsel William Meyers.
Defendants declined to file jointly.

[2] As stated in the Court's Order, this statement is not binding, is not a waiver of any claims or
defenses by Plaintiffs or Defendants and may not be offered in evidence at a later proceeding.

**Colson Hicks Eidson**
**255 Alhambra Circle, Penthouse, Coral Gables, Florida 33134-5008 Telephone: (305) 476-7400 Fax: (305) 476-7444**

Monat, the *Sohovich* and *Row* complaints also contain claims for relief against Monat's parent company, Alcora Corporation. While there are minor variations in the claims, each case has a common nucleus of operative facts and each alleges that Defendants' representations were false and misleading and that the products are not safe for all hair and skin types, but, instead, cause hair loss, scalp issues, and other side effects.

**B.  Critical Factual & Legal Issues**

The consolidated actions include allegations that Monat's Hair Care Products cause painful and embarrassing hair loss in direct contravention of Monat's advertising. Critical factual issues that directly impact Plaintiffs' claims and will require discovery include:

1.  Whether Monat made material misrepresentations and omissions about its hair care products;
2.  Whether Monat engaged in false, misleading, or deceptive acts or practices in connection with the Monat Hair Care Products and/or its response to consumer complaints about Monat Hair Care Products;
3.  Whether Monat Hair Care Products' are as advertised;
4.  Whether Monat Hair Care Products are safe for their intended use;
5.  Whether Monat Hair Care Products are fit for their intended use;
6.  Whether Monat's Market Partners are qualified to sell Monat Hair Care Products; and
7.  Whether Monat provided adequate training to its Market Partners.

Additionally, there are a number of critical legal issues that will require briefing, argument, and rulings by the Court, including class certification, choice of law, and damages.

**C.  Case Management**

The Parties respectfully request that the Court consider the following issues during the June 26, 2018 Status Conference and issue a Case Management Order addressing:

1.  Any related cases that are not yet consolidated;
2.  Pleading and Briefing Schedules, including possibly an omnibus complaint;
3.  Briefing schedule and criteria for leadership applications;
4.  Discovery issues;
5.  Recurring case status hearings; and
6.  Any other issue and topic that the Court deems relevant.

**Colson Hicks Eidson**
**255 Alhambra Circle, Penthouse, Coral Gables, Florida 33134-5008 Telephone: (305) 476-7400 Fax: (305) 476-7444**

Dated: July 6, 2018                    Respectfully Submitted,

| | |
|---|---|
| Jessica Sleater<br>*Admitted Pro Hace Vice*<br>**Andersen Sleater Sianni LLC**<br>1250 Broadway, 27th Floor<br>New York, NY 10001<br>Tel:  (302) 595-9102<br>Email: jessica@andersensleater.com<br><br>Joseph E. White, III<br>Adam D. Warden<br>Dianne M. Anderson<br>**Saxena White P.A.**<br>150 E Palmetto Park Road, Suite 600<br>Boca Raton, FL 33432<br>Tel: (561) 394-3399<br>Email: jwhite@saxenawhite.com<br>Email: awarden@saxenawhite.com<br>Email: danderson@saxenawhite.com<br><br>***Counsel for Plaintiffs Dana Sohovich*** | Lance A. Harke<br>Barbara Cabrera Lewis<br>**Harke Clasby & Bushman LLP**<br>9699 NE Second Avenue<br>Miami Shores, FL 33138<br>Tel: (305) 536-8220<br>Fax: (305) 536-8229<br>Email: lharke@harkeclasby.com<br>Email:  blewis@harkeclasby.com<br><br>Hart L. Robinovitch<br>**Zimmerman Reed LLP**<br>14646 N. Kierland Blvd., Suite 145 Scottsdale, AZ 85254<br>Tel: (480) 348-6400<br>Fax: (480) 348-6415<br>Email:  hart.robinovitch@zimmreed.com<br><br>***Counsel for Plaintiffs Andrew McWhortor*** |
| Joel R. Rhine<br>Dara L. Damery<br>**Rhine Law Firm**<br>1612 Military Cutoff Road, Suite 300<br>Wilmington, NC 28403<br>Tel: (910) 772-9960<br>Fax: (866) 371-9385<br>Email: jrr@rhinelawfirm.com<br>Email:  DLD@rhinelawfirm.com<br><br>Brian W. Warwick<br>Janet Varnell<br>**Varnell and Warwick, P.A.**<br>P.O. Box 1870<br>Lady Lake, FL 32158<br>Tel: (352) 753-8600<br>Fax: (352) 504-3301<br>Email: bwarwick@varnellandwarwick.com<br>Email:  jvarnell@varnellandwarwick.com<br><br>John A.  Yanchunis<br>Patrick A. Barthle, II | Julie Braman Kane<br>Florida Bar No.: 980277<br>Lindsey Lazopoulos Friedman<br>Florida Bar No.: 91792<br>**COLSON HICKS EIDSON**<br>Attorneys for the Plaintiff<br>255 Alhambra Circle, Penthouse<br>Coral Gables, Florida 33134<br>Telephone: (305) 476-7400<br>Facsimile: (305) 476-7444<br>Primaryemail: julie@colson.com<br>lindsey@colson.com<br>Secondary email:  b.cancela@colson.com<br><br>Amy E. Keller<br>*Admitted Pro Hace Vice*<br>**DiCello Lewis & Casey**<br>1250 Broadway – 27th Floor<br>New York, NY 10001<br>Tel: (312) 214-7900<br>Email: akeller@dlcfirm.com |

**Colson Hicks Eidson**
**255 Alhambra Circle, Penthouse, Coral Gables, Florida 33134-5008 Telephone: (305) 476-7400 Fax: (305) 476-7444**

| | |
|---|---|
| **Morgan & Morgan**<br>201 N. Franklin Street, 7th Fl.<br>Tampa, FL 33602<br>Tel: (813) 223-5505<br>Fax: (813) 223-5402<br>Email: jyanchunis@forthepeople.com<br>Email: pbarthle@forthepeople.com<br><br>William H. Anderson<br>**Cuneo Gilbert & LaDuca, LLP**<br>4725 Wisconsin Ave., NW<br>Suite 200 Washington, DC 20016<br>Tel: (202)789-3960<br>Fax: (202) 789-1813<br>Email: wanderson@cuneolaw.com<br><br>*Counsel for Trisha Whitmire and Emily Yanes de Flores* | Adam J. Levitt<br>**DiCello Lewis & Casey**<br>Ten North Dearborn Street<br>Eleventh Floor<br>Chicago, IL 60602<br>Tel:  (312) 214-7900<br>Email: alevitt@dlcfirm.com<br><br>*Counsel for Sue Hoffpauir* |
| Julie Braman Kane<br>Florida Bar No.: 980277<br>Lindsey Lazopoulos Friedman<br>Florida Bar No.: 91792<br>**COLSON HICKS EIDSON**<br>Attorneys for the Plaintiff<br>255 Alhambra Circle, Penthouse<br>Coral Gables, Florida 33134<br>Telephone: (305) 476-7400<br>Primaryemail: julie@colson.com<br>lindsey@colson.com<br>Secondary email:   b.cancela@colson.com<br><br>Yvonne Flaherty<br>**Lockridge Grindal Nauen P.L.L.P.**<br>100 Washington Avenue South<br>Suite 2200<br>Minneapolis, Minnesota 55401<br>Tel: (612) 339-6900<br>Email: ymflaherty@locklaw.com<br><br>Amanda Williams<br>Daniel E. Gustafson<br>Raina C. Borrelli<br>**Gustafson Gluek PLLC**<br>Canadian Pacific Plaza | John A. Yanchunis<br>**Morgan & Morgan**<br>201 North Franklin Street, 7th Floor<br>Tampa, Florida 33602<br>Telephone: (813) 223-5505<br>Facsimile: (813) 223-5402<br>jyanchunis@forthepeople.com<br><br>Joseph G. Sauder<br>**Sauder Schelkopf, LLC**<br>555 Lancaster Avenue<br>Berwyn, PA 19312<br>Telephone: (610) 200-0580<br>Facsimile: (610) 421-1326<br>jgs@sstriallawyers.com<br><br>*Counsel for Plaintiff Heather Maur* |

| | |
|---|---|
| 120 South Sixth Street, Suite 2600<br>Minneapolis, Minnesota 55402<br>Tel: (612) 333-8844<br>Fax: (612) 339-6622<br>Email: awilliams@gustafsongluek.com<br>Email: dgustafson@gustafsongluek.com<br>Email: rborrelli@gustafsongluek.com<br><br>***Counsel for Plaintiffs Jessica Row*** | |
| William B. Federman<br>**Federman & Sherwood**<br>10205 N. Pennsylvania Avenue<br>Oklahoma City, OK 73120<br>Tel: (405) 235-1560<br>Fax: (405) 239-2112<br>Email: wbf@federmanlaw.com<br><br>***Counsel for Plaintiffs Amber Alabaster and Crystal Merritt*** | Todd M. Friedman<br>Adrian R. Bacon<br>Meghan E. George<br>Thomas E. Wheeler<br>**Law Offices of Todd M. Friedman, P.C.**<br>21550 Oxnard St., Suite 780<br>Woodland Hills, CA 91367<br>Tel: (424) 285-6006<br>Email: tfriedman@toddflaw.com<br>Email: abacon@toddflaw.com<br>Email: mgeorge@toddflaw.com<br>Email: tweheeler@toddflaw.com<br><br>**Counsel for Plaintiff Kelley Botallico** |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document filed through the CM/ECF system which will electronically notify all counsel of record.

By: **/s/ Julie Braman Kane**
Julie Braman Kane
Florida Bar No.: 980277