

Crystal Merritt
Burleson, Texas 76028

January 4, 2018

**VIA FIRST CLASS MAIL**
Wilkie D. Ferguson United States Courthouse
400 North Miami Avenue
Miami, FL 33128
Attn: Clerk's Office

Re:  Case No. 1:18-cv-22275-DPG
*Crystal Merritt v. Monat Global Corp.*
Master File No. 18-md-02841-GAYLES
S.D. Fla. Case No. 1:18-md-02841-DPG
In RE: Monat Hair Care Products Marketing, Sales Practices and Products Liability Litigation

To The Honorable Judge Darrin P. Gayles,

I received a copy of the Order Granting my previous attorneys' Motion to Withdraw as Counsel that was entered and filed on December 21, 2018. I was ordered to notify the Court on or before January 18, 2019, if I intend to obtain new counsel or proceed *pro se.*

I do not intend to represent myself nor do I wish to pursue this matter individually or separate from the class action litigation already in progress.

Therefore, I am asking the Court to please dismiss me from the lawsuit in which I am a named Plaintiff, if I haven't been already, on the grounds that my statute of limitations has likely already passed, although I cannot confirm that with absolute certainty. I am also requesting the Court to omit or redact my personal contact information from public record provided by my previous counsel in their Motion to Withdraw.

My understanding is that I am still a class member in the class action lawsuit which does not require me to have an attorney nor is there any need to represent myself because it requires no action on my part: ["All purchasers or users of Monat products residing in the United States or its territories between October 1, 2014 and the present" and "All purchasers or users of Monat products used by the respective class representative in the state of *Texas* between October 1, 2014 and the present."]

Please let me know if there is anything further that I need to do.

Thank you for your consideration in this matter. Awaiting your reply, I remain.

Respectfully submitted,

Crystal Merritt



**USMS INSPECTED** **RECEIVED**

Crystal Merritt
629 Blayke Street
Burleson, TX 76028

Wilkie D. Ferguson United States Courthouse
400 North Miami Avenue
Miami, Florida 33128
Attn: Clerk's Office

33128818O1 CO75