UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
MDL No. 2841
Master File No. 18-MD-02841-GAYLES

IN RE:

MONAT HAIR CARE PRODUCTS MARKETING,
SALES PRACTICES, AND PRODUCTS LIABILITY
LITIGATION

THIS DOCUMENT RELATES TO ALL CASES
_____/

**FOURTH AMENDED SCHEDULING ORDER SETTING
PRETRIAL SCHEDULE AND STATUS CONFERENCE**

This matter came before the Court on the Parties' Joint Motion to Amend Trial Deadlines and for Status Conference [ECF No. 185]. The Court has reviewed the Motion and the record and is otherwise fully advised. Based thereon, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**, and the Scheduling Order is amended as set forth below.

| Action Item | Current Date/Deadline | Revised Date/Deadline |
|---|---|---|
| Trial Fact Witness Lists | March 18, 2020 | March 18, 2020 |
| Substantial Completion of Defendants' Custodial File Document Production** | | July 15, 2020 |
| Plaintiffs' reports from retained experts on class certification issues* | June 3, 2020 | September 15, 2020 |
| Joinder of Parties/Motions to Amend Complaint | September 16, 2019 | |
| Depositions of Plaintiffs' Retained Experts submitting a report on class certification issues must be taken* | July 3, 2020 | October 15, 2020 |
| Defendants' reports from retained experts on class certification issues* | August 3, 2020 | November 23, 2020 |
| Depositions of Defendants' Retained Experts submitting a report on class certification issues must be taken* | September 3, 2020 | December 23, 2020 |
| Plaintiffs' rebuttal expert reports on class certification issues, if any* | September 10, 2020 | January 19, 2021 |

| Action Item | Current Date/Deadline | Revised Date/Deadline |
|---|---|---|
| Depositions of Plaintiffs' rebuttal expert(s) on class certification issues, if any* | October 9, 2020 | February 19, 2021 |
| Plaintiffs' motion for class certification* | November 9, 2020 | March 19, 2021 |
| Defendants' opposition to class certification* | December 9, 2020 | April 19, 2021 |
| Plaintiffs' reply in support of class certification* | January 8, 2021 | May 19, 2021 |
| Hearing on Plaintiffs' motion for class certification* | TBD | TBD |
| Updated Trial Fact Witness Lists | | |
| Reports from Parties' retained experts on merits and damages issues (other than class certification) | | |
| Depositions of any of the Parties' retained experts on merits and damages issues (other than class certification) must be taken | | |
| All discovery (fact and expert) must be completed | | |
| Mediation must be completed | | |
| Dispositive motions (including summary judgment and *Daubert*) | | |
| Status Conference | | |
| All briefs in opposition to any dispositive motions | | |
| All reply briefs in response to opposition to any dispositive motions | | |
| All pre-trial motions and memorandum in support | | |
| All motions in limine | | |
| Joint pre-trial stipulation, proposed joint jury instructions, proposed joint jury verdict form, and/or proposed findings of fact and conclusions of law | | |
| Calendar Call | | |
| Two-Week Trial | | |

\**Defendants do not waive any substantive rights to raise further objections with the Special Master regarding this production.
*The asterisked Action Items, relating to class certification issues, do not apply to the *Miller* or *Baker* matters.

A telephonic status conference will occur on Wednesday, July 22, 2020, at 10:00 a.m. before the Honorable Darrin P. Gayles. Counsel shall enter their appearances telephonically using the following dial-in information: <b>Dial-in Number 888-273-3658; Access Code 7032614; Security Code 5170</b>. Please dial in at least ten minutes before the Status Conference begins and wait until your case is called.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 2nd day of June, 2020.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE