UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MDL NO. 2841
Master File No. 18-MD-02841-GAYLES
S.D. Fla. Case No. 1:18-cv-20624-DPG

IN RE:

**MONAT HAIR CARE PRODUCTS MARKETING,
SALES PRACTICES, AND PRODUCTS LIABILITY
LITIGATION**

THIS DOCUMENT RELATES TO ALL CASES

_____/

**SPECIAL MASTER'S UNOPPOSED REPORT AND RECOMMENDATION
REGARDING MONAT GLOBAL CORPORATION'S
<u>MOTION FOR RULE TO SHOW CAUSE</u>**

This matter came before the Special Master on Monat Global Corporation's ("Monat") Motion for Rule to Show Cause for why non-party Vicki Nittinger should not be held in contempt for violating the Court's April 23, 2020 Order ("Motion") (ECF No. 187).[1] The Special Master, having reviewed the Motion, the Response (ECF No. 199), and the Reply (ECF No. 201), having heard from the parties, and being otherwise fully advised, enters this unopposed recommendation:

<u>**My Modern Nightmare Facebook Group**</u>

- Ms. Nittinger will continue to permit Monat's e-Discovery vendor, FTI Consulting ("FTI"), to download and extract responsive information from the My Modern Nightmare Facebook Group for the amount of time required to fully download all responsive data.

---

[1] The Motion was referred to the Special Master for resolution on November 24, 2020. (ECF No. 229).

Access shall only be revoked after the download has been completed by FTI. Monat shall provide Ms. Nittinger weekly status updates on the progress of the download.

**<u>Responsive Text Messages</u>**

- No later than April 7, 2021, counsel for Monat and Ms. Nittinger will confer and agree on a set of search terms to narrow the approximately 78,000 text messages collected from Ms. Nittinger's cell phone, which text messages were collected in response to Monat's subpoena, dated March 1, 2018 (the "Subpoena") (ECF No. 187-1);

- No later than April 12, 2021, Ms. Nittinger's counsel will use the agreed-upon search terms to narrow the number of text messages that are potentially responsive to the Subpoena and provide a report of the results to Monat and the Special Master for review; and

- Production of responsive text messages must be completed no later than April 30, 2021. Absent a showing of good cause for any delay beyond April 30, 2021, the Special Master will entertain a Motion for Attorneys' Fees in connection with Monat's efforts to secure compliance with its Subpoena and the Court's April 23, 2020 Order.

PURSUANT TO THE ORDER OF APPOINTMENT (ECF No. 59 ), OBJECTIONS TO THE SPECIAL MASTER'S REPORT AND RECOMMENDATION MUST BE FILED WITHIN 5 DAYS OF THE FILING OF THIS REPORT, WITH A RESPONSE DUE BY THE OPPOSING PARTY WITHIN 5 DAYS OF THE FILING OF AN OBJECTION. HOWEVER, THE PARTIES HAVE AGREED THAT THIS RECOMMENDATION IS UNOPPOSED AND, THUS, NO PARTY OBJECTS TO THE COURT ENTERING AN ORDER ADOPTING THIS REPORT AND RECOMMENDATION.

Dated: April 5, 2021                                             Respectfully submitted,

*/s Naim S. Surgeon*
Naim S. Surgeon, Esq.
Special Master
Florida Bar No. 101682
*naim.surgeon@akerman.com*
**AKERMAN LLP**
3 Brickell City Centre
98 SE 7th St., Ste. 1100
Miami, Florida 33131
Tel: (305) 374-5600
Fax: (305) 349-4654

Copies to:

All Counsel of Record