**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

MDL No. 2841
Master File No. 18-MD-02841-GAYLES

IN RE:

**MONAT HAIR CARE PRODUCTS MARKETING,**
**SALES PRACTICES, AND PRODUCTS LIABILITY**
**LITIGATION**

_____

THIS DOCUMENT RELATES TO ALL CASES
_____/

**ORDER**

**THIS CAUSE** comes before the Court on the Special Master's Unopposed Report and Recommendation Regarding Monat Global Corporation's Motion for Rule to Show Cause [ECF No. 236] ("Report"). The Court has reviewed the Report, Monat Global Corporation's Motion for Rule to Show Cause [ECF No. 187], the record, and the applicable law. The Report is unopposed and no objections have been filed. Having reviewed the Report for clear error and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. The Special Master's Report and Recommendation Regarding Monat Global Corporation's Motion for Rule to Show Cause [ECF No. 236] is AFFIRMED and ADOPTED.

1

2. The parties shall comply with the Special Master's recommendations as set forth in the Report.

**DONE AND ORDERED** in Chambers at Miami, Florida this 13th day of April, 2021.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE