UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MDL No. 2841
Master File No. 18-MD-02841-GAYLES

IN RE:

**MONAT HAIR CARE PRODUCTS MARKETING,
SALES PRACTICES, AND PRODUCTS LIABILITY
LITIGATION**

THIS DOCUMENT RELATES TO ALL CASES
_____/

**SIXTH AMENDED SCHEDULING ORDER
SETTING TRIAL DATE AND PRETRIAL SCHEDULE**

This matter came before the Court on the parties' *Ore Tenus* Motion to Enter an Amended Scheduling Order during the Status Conference held on July 21, 2021 [ECF No. 240] and Plaintiffs' Notice of Filing a Competing Proposed Scheduling Order [ECF No.] ("Plaintiffs' Notice"). The Court has reviewed the record and is otherwise fully advised.

Based thereon, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED** and the Scheduling Order is set forth below:

| | |
|---|---|
| Plaintiffs' reports from retained experts on class certification issues | December 2, 2021 |
| Depositions of Plaintiffs' Retained Experts submitting a report on class certification issues must be taken | February 2, 2022 |
| Defendants' reports from retained experts on class certification issues | March 2, 2022 |
| Depositions of Defendants' Retained Experts submitting a report on class certification issues must be taken | April 28, 2022 |
| Plaintiffs' rebuttal expert reports on class certification issues, if any | May 26, 2022 |
| Depositions of Plaintiffs' rebuttal expert(s) on class certification issues, if any | June 28, 2022 |
| Plaintiffs' motion for class certification | August 3, 2022 |

| | |
|---|---|
| Defendants' opposition to class certification | September 7, 2022 |
| Plaintiff's reply in support of class certification | September 29, 2022 |
| Hearing on Plaintiffs' motion for class certification | TBD |
| Updated Trial Fact Witness Lists | TBD |
| Reports from Parties' retained experts on merits and damages issues (other than class certification) | TBD |
| Depositions of any of the Parties' retained experts on merits and damages issues (other than class certification) must be taken | TBD |
| All discovery (fact and expert) must be completed | TBD |
| Mediation must be completed | TBD |
| Dispositive motions (including summary judgment and *Daubert*) | TBD |
| Status Conference | TBD |
| All briefs in opposition to any dispositive motions | TBD |
| All reply briefs in response to opposition to any dispositive motions | TBD |
| All pre-trial motions and memorandum in support | TBD |
| All motions in limine | TBD |
| Joint pre-trial stipulation, proposed joint jury instructions, proposed joint jury verdict form, and/or proposed findings of fact and conclusions of law | TBD |
| Calendar Call | TBD |
| Two-Week Trial | TBD |

**DONE AND ORDERED** in Chambers at Miami, Florida, this 6th day of August, 2021.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE