**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

MDL No. 2841
Master File No. 18-MD-02841-GAYLES

IN RE:

**MONAT HAIR CARE PRODUCTS MARKETING,**
**SALES PRACTICES, AND PRODUCTS LIABILITY**
**LITIGATION**

_____

THIS DOCUMENT RELATES TO ALL CASES
_____/

## JOINT STATUS REPORT

This Status Report is submitted by counsel for the parties to the above-captioned MDL action who advise the Court as follows:

1. On April 24, 2023, the parties filed a Joint Status Report with the Court. [ECF No. 277].

2. Counsel and the parties appreciate the Court's indulgence of time. There continues to be several issues that remain unresolved and both parties are actively attempting to resolve them.

3. Counsel for Plaintiffs have requested certain additional information to assist the parties' efforts in an attempt to resolve critical outstanding issues before reaching a settlement in this case. To that end, a meeting has been tentatively set for the week of June 20 between representatives for the parties.

4. Consequently, on or before July 3, 2023, either a Joint Status Report or a Motion for Status Conference will be filed with the Court.

5. Assuming settlement is reached, Plaintiffs will promptly file appropriate pleadings with the Court, including a motion for preliminary approval of settlement of the class

action claims.

## NOTICE OF ENDORSEMENT

Pursuant to the CM/ECF Administrative Procedure 3(J)(3), the undersigned hereby certifies that Plaintiffs' counsel has authorized me to file this Joint Status Report on Plaintiffs behalf with his electronic signature affixed hereto.

DATED:  May 24, 2023.                                    Respectfully submitted,

By: /s/ Julie Braman Kane                               By: /s/ William C. Meyers
Julie Braman Kane                                        William C. Meyers
Florida Bar No.: 980277                                  David J. Chizewer
julie@colson.com                                         Joseph L. Hoolihan
**COLSON HICKS EIDSON**                                  **GOLDBERG KOHN LTD.**
255 Alhambra Circle – Penthouse                          55 East Monroe – Suite 3300
Coral Gables, Florida 33134                              Chicago, Illinois 60603
Telephone: (305) 476-7400                                Telephone: (312) 201-4000
Facsimile: (305) 476-7444                                Facsimile:  (312) 332-2196
*Plaintiffs' Lead and Liaison*                           william.meyers@goldbergkohn.com
*Counsel*                                                david.chizewer@goldbergkohn.com
                                                         joseph.hoolihan@goldbergkohn.com

*Counsel for Defendants Monat Global Corp., Alcora Corporation, and B&R Products, Inc.*

2

**ANDERSEN SLEATER SIANNI LLC**
Jessica J. Sleater
1250 Broadway, 27th FL
New York, NY 100001
Tel.: (646) 599-9848
Fax: (302) 595-9321
Email: jessica@andersensleater.com

*Plaintiffs' Steering Committee*

**MORGAN & MORGAN, P.A.**
John A. Yanchunis,
201 N. Franklin Street, 7th Fl.
Tampa, FL 33602
Tel: (813) 223-5505
Fax: (813) 223-5402
Email: jyanchunis@forthepeople.com

*Plaintiffs' Steering Committee*

## CERTIFICATE OF SERVICE

The undersigned certifies that, on May 24, 2023, a true and correct copy of the foregoing JOINT STATUS REPORT was filed with the Clerk of the Court using the CM/ECF system, which then sent notification of filing to all counsel of record.

/s/ William C. Meyers
William C. Meyers