**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

MDL No. 2841
Master File No. 18-MD-02841-GAYLES

**IN RE:**

**MONAT HAIR CARE PRODUCTS MARKETING,**
**SALES PRACTICES, AND PRODUCTS LIABILITY**
**LITIGATION**

_____

THIS DOCUMENT RELATES TO ALL CASES
_____/

**JOINT STATUS REPORT**

This Status Report is submitted by counsel for the parties to the above-captioned MDL action who advise the Court as follows:

1. On May 24, 2023, the parties filed a Joint Status Report with the Court. [ECF No. 280].

2. On June 19, 2023, the Court issued a paperless order setting this case for a Status Conference on July 19, 2023, at 10:30 a.m. [ECF No. 281].

3. On June 23, 2023, the undersigned counsel, Plaintiffs' financial experts, and Monat's President and Chief Financial Officer held an in-person meeting to continue to discuss potential settlement terms. Following that meeting, on June 30, 2023 additional materials were provided by Monat to Plaintiffs' financial experts.

4. In the interim, Judge John Thornton (Ret.) is mediating communications between the parties, who will provide further details as to their efforts at the July 19, 2023 Status Conference.

5. Per the Court's June 19, order, the Parties will file a joint agenda of items to be discussed at the Status Conference on July 19, on or before July 17.

## NOTICE OF ENDORSEMENT

Pursuant to the CM/ECF Administrative Procedure 3(J)(3), the undersigned hereby certifies that Defendants' counsel has authorized me to file this Joint Status Report on the Defendants' behalf with his electronic signature affixed hereto.

DATED:  July 3rd, 2023.                        Respectfully submitted,

By: /s/ Julie Braman Kane                      By: /s/ William C. Meyers
Julie Braman Kane                              William C. Meyers
Florida Bar No.: 980277                        David J. Chizewer
julie@colson.com                               Joseph L. Hoolihan
**COLSON HICKS EIDSON**                        **GOLDBERG KOHN LTD.**
255 Alhambra Circle – Penthouse                55 East Monroe – Suite 3300
Coral Gables, Florida 33134                    Chicago, Illinois 60603
Telephone: (305) 476-7400                      Telephone: (312) 201-4000
Facsimile: (305) 476-7444                      Facsimile:  (312) 332-2196
*Plaintiffs' Lead and Liaison*                 william.meyers@goldbergkohn.com
*Counsel*                                      david.chizewer@goldbergkohn.com
                                               joseph.hoolihan@goldbergkohn.com

*Counsel for Defendants Monat Global Corp., Alcora Corporation, and B&R Products, Inc.*

**ANDERSEN SLEATER SIANNI LLC**
Jessica J. Sleater
1250 Broadway, 27th FL
New York, NY 100001
Tel.: (646) 599-9848
Fax: (302) 595-9321
Email: jessica@andersensleater.com

*Plaintiffs' Steering Committee*

**MORGAN & MORGAN, P.A.**
John A. Yanchunis,
201 N. Franklin Street, 7th Fl.
Tampa, FL 33602
Tel: (813) 223-5505
Fax: (813) 223-5402
Email: jyanchunis@forthepeople.com

*Plaintiffs' Steering Committee*

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on July 3rd, 2023, a true and correct copy of the foregoing JOINT STATUS REPORT was filed with the Clerk of the Court using the CM/ECF system, which then sent notification of filing to all counsel of record.

/s/ Julie Braman Kane
Julie Braman Kane