UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MDL No. 2841
Master File No. 18-MD-02841-GAYLES

IN RE:

**MONAT HAIR CARE PRODUCTS MARKETING,
SALES PRACTICES, AND PRODUCTS LIABILITY
LITIGATION**

_____

THIS DOCUMENT RELATES TO ALL CASES
_____/

## UNOPPOSED MOTION TO RESET STATUS CONFERENCE

Plaintiffs in the above-captioned matter, through their undersigned Lead and Liaison counsel, move this Court for an order resetting its Status Conference for another date and as grounds therefor state as follows:

1. On July 19, 2023, this Honorable Court scheduled a status conference on October 19, 2023, at 1:30 p.m.

2. Undersigned lead and liaison counsel for the Plaintiffs, Julie Braman Kane, has an unchangeable prior commitment and is unable to appear in Court on that day without significant hardship.

3. Undersigned conferred with counsel for the Defendants in this matter promptly, and counsel for the Defendants does not oppose moving this Status Conference to the following week. The Court's calendar is not yet posted for October, so if the Court is not in session, undersigned will arrange a call with chambers to coordinate an earlier or later date upon request.

Wherefore, undersigned counsel respectfully requests that this Honorable Court reschedule

1

the Status Conference for a date the following week to allow both parties' lead counsel to participate in the status conference.

## CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(a)(3)(A), the undersigned certifies that she has conferred with Defendants' counsel, William Meyers, regarding the relief sought in this Motion, and Defendants' counsel advises that Defendants do not object to this Motion.

DATED: July 20, 2023

Respectfully submitted,

/s/ *Julie Braman Kane*
Julie Braman Kane
Florida Bar No.: 980277
julie@colson.com
**COLSON HICKS EIDSON**
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Telephone: (305) 476-7400
Facsimile: (305) 476-7444

*Plaintiffs' Lead and Liaison Counsel*

**ANDERSEN SLEATER SIANNI LLC**
Jessica J. Sleater
1250 Broadway, 27th FL
New York, NY 100001
Tel.: (646) 599-9848
Fax: (302) 595-9321
Email: jessica@andersensleater.com

*Plaintiffs' Steering Committee*

**MORGAN & MORGAN, P.A.**
John A. Yanchunis,
201 N. Franklin Street, 7th Fl.
Tampa, FL 33602
Tel: (813) 223-5505
Fax: (813) 223-5402
Email: jyanchunis@forthepeople.com

*Plaintiffs' Steering Committee*

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I HEREBY CERTIFY, that on July 20, 2023, I caused the foregoing document to be electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Julie Braman Kane*
Julie Braman Kane