UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MDL No. 2841
Master File No. 18-MD-02841-GAYLES

IN RE:

**MONAT HAIR CARE PRODUCTS MARKETING,
SALES PRACTICES, AND PRODUCTS LIABILITY
LITIGATION,**

_____

THIS DOCUMENT RELATES TO ALL CASES
_____/

## ORDER APPOINTING NEW SPECIAL MASTER

**THIS CAUSE** came before the Court on the parties' Joint Submission Regarding Proposed Special Master. [ECF No. 295]. After having considered the parties' Submission, the Court **ORDERS**:

Pursuant to Federal Rule of Civil Procedure 53(a)(1)(C), the Court appoints a Special Master, whose duties and terms of appointment are detailed below.

A. **Duties of Special Master**—The Special Master shall:

1. Attempt to resolve informally any discovery disputes, including issues such as privilege, confidentiality, and access to records. If unable to resolve them, the Special Master shall issue a Report and Recommendation to the District Court on any pending discovery dispute. Objections to the Special Master's Report and Recommendation must be filed within 5 days of the filing of the Report with a response due by opposing counsel within 5 days of the filing of the Objections. The Court will apply the standard of review indicated in Rule 53 in deciding whether to adopt the Special Master's Report and Recommendation.

2. Resolve privilege or similar questions.

3. Monitor scheduling of depositions.

The Special Master shall not participate in settlement discussions other than those related to discovery and scheduling issues.

## B. Terms of Appointment

The Court appoints, Judge Alan S. Fine (Ret.), of Private Resolutions, Inc. Judge Fine has indicated no conflicts in undertaking this task.

The Court has considered the fairness of imposing the likely expenses on the parties and will take the necessary steps to protect against unreasonable expenses or delay.

The Special Master shall be compensated at the rate of $800 per hour, the expense of which shall be shared equally by the parties and paid on a monthly basis. The Special Master shall provide summary fee statements to Plaintiffs' Lead Counsel and the Defense Team.

The Clerk is directed to add the Special Master to the Court's electronic service list.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 1st day of December, 2023.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE